Jodi K. Swick No. 228634
Charan M. Higbee No. 148293
**EDISON, McDOWELL & HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone:   510.628.2145
Facsimile:   510.628.2146
Email:       jodi.swick@emhllp.com
             charan.higbee@emhllp.com

Attorneys for Defendants
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK
FOR ITSELF AND ON BEHALF OF INCORRECTLY
NAMED AIG BENEFIT SOLUTIONS

Eric Ratinoff No. 166204
Marla C. Strain No. 132142
**ERIC RATINOFF LAW CORP**
401 Watt Avenue
Sacramento, CA  95864
Telephone:   916-970-9100
Facsimile    916-246-1696
Email:       eratinoff@ericratinoff.com
             mstrain@ericratinoff.com

Attorneys for Plaintiff
DELIA BEERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA BEERS,<br><br>        Plaintiff,<br><br>        v.<br><br>AIG BENEFIT SOLUTIONS; THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK; NURSES SERVICE ORGANIZATION; AIS AFFINITY INSURANCE AGENCY, INC. and DOES I through 50, inclusive,<br><br>        Defendants. | Case 2:16-cv-02166-WBS-KJN<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMSS AND [PROPOSED] ORDER**<br><br>Removal Filed: September 9, 2016<br><br>Current Hearing Date: October 31, 2016<br>Proposed Hearing Date: November 28, 2016<br>Time:        1:30 p.m.<br>Location:    Courtroom 5<br>Judge:       William B. Shubb |

**IT IS HEREBY STIPULATED**, by and between plaintiff Delia Beers and Defendants

The United States Life Insurance Company in the City of New York for itself and on behalf of

1  incorrectly named AIG Benefit Solutions ("US Life"), through their attorneys of record, as
2  follows:
3      1.    US Life's Motion to Dismiss, pursuant to F.R.C.P. 12(b)(6), was filed on
4  September 15, 2016 and currently is set for hearing on October 31, 2016 in Courtroom 5 of this
5  Court;
6      2.    Plaintiff and US Life have agreed to informally exchange documents and engage in
7  settlement discussions prior to October 31, 2016 in the hopes of reaching an early settlement of
8  this litigation;
9      3.    Plaintiff and US Life have agreed that the hearing date on US Life's Motion to
10 Dismiss should be continued to November 28, 2016 at 1:30 p.m. in order to allow the parties to
11 focus on settlement discussions and avoid unnecessarily incurring additional expenses and/or
12 costs in this matter;
13     4.    Plaintiff and US Life agree that the date for plaintiff to file an opposition to the
14 motion to dismiss also should be continued to November 14, 2016 and the date for US Life to
15 file a reply brief should be continued to November 21, 2016;
16     5.    This stipulation is made in good faith and not for the purposes of delay or
17 obstruction; and
18     6.    This stipulation to continue the hearing date on US Life's motion to dismiss does
19 not alter the date of any event or any deadline already fixed by Court Order, and no previous
20 stipulation to continue the hearing date on the motion to dismiss has been filed in this action.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Dated: October 7, 2016                EDISON, McDOWELL & HETHERINGTON LLP

By:   /s/ Jodi K. Swick
        Jodi K. Swick

Attorneys for Defendants
THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK FOR ITSELF AND ON BEHALF OF INCORRECTLY NAMED AIG BENEFIT SOLUTIONS

Dated: October 7, 2016                ERIC RATINOFF LAW CORP

By:   /s/ Eric Ratinoff (w/ permission)
        Eric Ratinoff

Attorneys for Plaintiff
DELIA BEERS

### ORDER

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered as follows:

1. The hearing date on US Life's Motion to Dismiss, currently set for October 31, 2016, hereby is continued to November 28, 2016 at 1:30 p.m. in Courtroom 5 of this Court; and

2. The date for plaintiff to file an opposition to the motion to dismiss is continued to November 14, 2016 and the date for US Life to file a reply is continued to November 21, 2016.

**IT IS SO ORDERED.**

**Dated: October 7, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE