1  Eric Ratinoff, SBN 166204
   Marla C. Strain, SBN: 132142
2  **ERIC RATINOFF LAW CORP**
3  401 Watt Avenue
   Sacramento, California 95864
4  Telephone: (916) 970-9100
   Facsimile:  (916) 246-1696
5  Email:  eric@ericratinoff.com
              mstrain@ericratinoff.com
6
7  Attorneys for Plaintiff
   DELIA BEERS
8
   Jodi K. Swick No. 228634
9  Charan M. Higbee No. 148293
   **EDISON, McDOWELL & HETHERINGTON LLP**
10 1 Kaiser Plaza, Suite 340
   Oakland, CA 94612
11 Telephone:    510.628.2145
   Facsimile:    510.628.2146
12 Email:        jodi.swick@emhllp.com
                 charan.higbee@emhllp.com
13
   Attorneys for Defendants
14 THE UNITED STATES LIFE INSURANCE
   COMPANY IN THE CITY OF NEW YORK
15 FOR ITSELF AND ON BEHALF OF INCORRECTLY
   NAMED AIG BENEFIT SOLUTIONS
16

17                    **UNITED STATES DISTRICT COURT**

18                    **EASTERN DISTRICT OF CALIFORNIA**

19

| DELIA BEERS, | CASE NO.  2:16-CV-02166-WBS-KJN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND [~~PROPOSED~~] ORDER** |
| AIG BENEFIT SOLUTIONS; THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK; NURSES SERVICE ORGANIZATION; AIS AFFINITY INSURANCE AGENCY, INC.; and DOES 1 through 50, inclusive, | Removal Filed: September 9, 2016 |
| | Current Hearing Date: November 28, 2016 |
| | Proposed Hearing Date: December 12, 2016 |
| | Time: 1:30 p.m. |
| | Location: Courtroom 5 |
| Defendants. | Judge: William B. Shubb |

-1-

**IT IS HEREBY STIPULATED**, by and between Plaintiff Delia Beers and Defendants The United States Life Insurance Company in the City of New York for itself and on behalf of incorrectly named AIG Benefit Solutions ("US Life"), through their attorneys of record, as follows:

1. US Life's Motion to Dismiss, pursuant to F.R.C.P. 12(b)(6), was filed on September 15, 2016 and currently is set for hearing on October 31, 2016 in Courtroom 5 of this Court;

2. Plaintiff and US Life informally exchanged documents and are continuing to engage in settlement discussion in the hopes of reaching an early settlement of this litigation prior to December 12, 2016;

3. Plaintiff and US Life have agreed that the hearing date on US Life's Motion to Dismiss should be continued to December 12, 2016 at 1:30 p.m. in order to allow the parties to focus on settlement discussions and avoid unnecessarily incurring additional expenses and/or costs in this matter;

4. Plaintiff and US Life agree that the date for plaintiff to file an opposition to the motion to dismiss also should be continued to November 28, 2016 and the date for US Life to file a reply brief should be continued to December 5, 2016;

5. This stipulation is made in good faith and not for the purposes of delay or obstruction; and

6. This stipulation to continue the hearing date on US Life's motion to dismiss does not alter the date of any event or any deadline already fixed by Court Order, and no previous stipulation to continue the hearing date on the motion to dismiss has been filed in this action.

///
///
///

Dated: November 10, 2016         EDISON, McDOWELL & HETHERINGTON LLP

By: ___/s/ Jodi K. Swick (by permission)___
    Jodi K. Swick

Attorneys for Defendants
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK
FOR ITSELF AND ON BEHALF OF
INCORRECTLY NAMED AIG
BENEFIT SOLUTIONS

Dated: November 10, 2016         ERIC RATINOFF LAW CORP

By: ___/s/ Eric Ratinoff___
    Eric Ratinoff

Attorneys for Plaintiff
DELIA BEERS

## ORDER

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered as follows:

1. The hearing date on US Life's Motion to Dismiss, currently set for November 28, 2016, hereby is continued to December 12, 2016 at 1:30 p.m. in Courtroom 5 of this Court; and

2. The date for plaintiff to file an opposition to the motion to dismiss is continued to November 28, 2016 and the date for US Life to file a reply is continued to December 5, 2016.

**IT IS SO ORDERED.**

**Dated: November 10, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE