1  Jodi K. Swick No. 228634
   Charan M. Higbee No. 148293
2  **EDISON, McDOWELL & HETHERINGTON LLP**
   1 Kaiser Plaza, Suite 340
3  Oakland, CA 94612
   Telephone:   510.628.2145
4  Facsimile:   510.628.2146
   Email:       jodi.swick@emhllp.com
5               charan.higbee@emhllp.com

6  Attorneys for Defendants
   THE UNITED STATES LIFE INSURANCE
7  COMPANY IN THE CITY OF NEW YORK
   FOR ITSELF AND ON BEHALF OF INCORRECTLY
8  NAMED AIG BENEFIT SOLUTIONS

9  Eric Ratinoff No. 166204
   Marla C. Strain No. 132142
10 **ERIC RATINOFF LAW CORP**
   401 Watt Avenue
11 Sacramento, CA  95864
   Telephone:   916-970-9100
12 Facsimile    916-246-1696
   Email:       eratinoff@ericratinoff.com
13              mstrain@ericratinoff.com

14 Attorneys for Plaintiff
   DELIA BEERS

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

19 DELIA BEERS,                          Case 2:16-cv-02166-WBS-KJN

20     Plaintiff,                        **STIPULATION TO EXTEND DEADLINE
                                         TO FILE DISPOSITIONAL DOCUMENTS**
21              v.                       **AND [~~PROPOSED~~] ORDER**

22 AIG BENEFIT SOLUTIONS; THE UNITED     Removal Filed: September 9, 2016
   STATES LIFE INSURANCE COMPANY
23 IN THE CITY OF NEW YORK; NURSES
   SERVICE ORGANIZATION; AIS
24 AFFINITY INSURANCE AGENCY, INC.
   and DOES I through 50, inclusive,
25
       Defendants.
26

27     **IT IS HEREBY STIPULATED**, by and between plaintiff Delia Beers and Defendants

28 The United States Life Insurance Company in the City of New York for itself and on behalf of

1 incorrectly named AIG Benefit Solutions ("US Life"), through their attorneys of record, as

2 follows:

3    1.    The parties have settled this action and filed a Joint Notice of Settlement on

4 November 23, 2016 [Doc. No. 12];

5    2.    Pursuant to a Minute Order entered on November 23, 2016, the Court ordered that

6 dispositional documents be filed in this action no later than December 14, 2016;

7    3.    The parties still are in the process of finalizing the settlement;

8    4.    Plaintiff and US Life have agreed to the terms of a Confidential Settlement

9 Agreement and Release;

10    5.    Plaintiff's counsel anticipates that plaintiff will execute the Confidential Settlement

11 Agreement and Release no later than December 16, 2016;

12    6.    Upon receipt of the executed Confidential Settlement Agreement and Release, US

13 Life will arrange for a check for the settlement payment to be delivered to counsel for plaintiff;

14    7.    The parties reasonably do not expect that the settlement will be finalized or that

15 they will be able to file a stipulation of dismissal with prejudice in this action until January 4,

16 2017;

17    8.    For this reason, the parties agree and stipulate that the deadline to file dispositional

18 documents in this action should be extended from December 14, 2016 to January 4, 2017; and

19    9.    This stipulation is made in good faith and not for the purposes of delay or

20 obstruction, and is based on good cause as set forth above.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Dated: December 13, 2016          EDISON, McDOWELL & HETHERINGTON LLP

By:    /s/ Jodi K. Swick          
      Jodi K. Swick

Attorneys for Defendants
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK
FOR ITSELF AND ON BEHALF OF
INCORRECTLY NAMED AIG BENEFIT
SOLUTIONS

Dated: December 13, 2016          ERIC RATINOFF LAW CORP

By:    /s/ Marla C. Strain (w/ permission)   
      Marla C. Strain

Attorneys for Plaintiff
DELIA BEERS

## ORDER

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered as follows:

1.      The deadline to file dispositional documents in this action hereby is extended from December 14, 2016 to January 4, 2017.

**IT IS SO ORDERED.**

**Dated:  December 14, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE