1 | Jodi K. Swick No. 228634
Charan M. Higbee No. 148293
2 | **EDISON, McDOWELL & HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
3 | Oakland, CA 94612
Telephone:    510.628.2145
4 | Facsimile:    510.628.2146
Email:        jodi.swick@emhllp.com
5 |              charan.higbee@emhllp.com

6 | Attorneys for Defendants
THE UNITED STATES LIFE INSURANCE
7 | COMPANY IN THE CITY OF NEW YORK
FOR ITSELF AND ON BEHALF OF INCORRECTLY
8 | NAMED AIG BENEFIT SOLUTIONS

9 | Eric Ratinoff No. 166204
Marla C. Strain No. 132142
10 | **ERIC RATINOFF LAW CORP**
401 Watt Avenue
11 | Sacramento, CA  95864
Telephone:    916-970-9100
12 | Facsimile     916-246-1696
Email:        eratinoff@ericratinoff.com
13 |              mstrain@ericratinoff.com

14 | Attorneys for Plaintiff
DELIA BEERS

15 |

16 | UNITED STATES DISTRICT COURT

17 | EASTERN DISTRICT OF CALIFORNIA

18 |

19 | DELIA BEERS,                                   Case 2:16-cv-02166-WBS-KJN

20 |       Plaintiff,                               **STIPULATION TO EXTEND DEADLINE
TO FILE DISPOSITIONAL DOCUMENTS
21 |           v.                                   AND TO EXCUSE FILING OF JOINT
STATUS REPORT; AND [~~PROPOSED~~]
22 | AIG BENEFIT SOLUTIONS; THE UNITED             ORDER**
STATES LIFE INSURANCE COMPANY
23 | IN THE CITY OF NEW YORK; NURSES               Removal Filed: September 9, 2016
SERVICE ORGANIZATION; AIS
24 | AFFINITY INSURANCE AGENCY, INC.               Status Conference: January 17, 2017
and DOES I through 50, inclusive,              Time:             1:30 p.m.
25 |                                               Courtroom:        5
      Defendants.
26 |

27 |       **IT IS HEREBY STIPULATED**, by and between plaintiff Delia Beers and Defendants

28 | The United States Life Insurance Company in the City of New York for itself and on behalf of

1    incorrectly named AIG Benefit Solutions ("US Life"), through their attorneys of record, as

2    follows:

3           1.      The parties have settled this action and filed a Joint Notice of Settlement on

4    November 23, 2016 [Doc. No. 12];

5           2.      Pursuant to a Minute Order entered on November 23, 2016, the Court ordered that

6    dispositional documents be filed in this action no later than December 14, 2016;

7           3.      On December 13, 2016, the parties filed a Stipulation to Extend Deadline to File

8    Dispositional Documents and Proposed Order [Doc. No. 14];

9           4.      On December 14, 2016, the Court entered an Order extending the deadline to file

10   dispositional documents to January 4, 2017 [Doc. No. 15];

11          5.      A Status Conference currently is scheduled in this case for January 17, 2017 and

12   the Joint Status Report currently is due on January 3, 2017;

13          6.      Plaintiff has executed a Confidential Settlement Agreement and Release and

14   returned a copy of the executed agreement to counsel for US Life;

15          7.      US Life currently is processing the settlement check and anticipates that the

16   settlement check will be delivered to counsel for plaintiff on or before January 6, 2017;

17          8.      After plaintiff receives the settlement check, a Stipulation To Dismiss Entire

18   Action With Prejudice And Proposed Order, in the form attached hereto as Exhibit A, will be

19   filed with the Court;

20          9.      The parties reasonably do not expect that the settlement will be finalized or that

21   they will be able to file a stipulation of dismissal with prejudice in this action on or before

22   January 4, 2017;

23          10.     For this reason, the parties agree and stipulate that the deadline to file dispositional

24   documents in this action should be extended from January 4, 2017 to January 16, 2017;

25          11.     The parties also do not believe that it will be necessary to hold a status conference

26   in this case, because it has settled and they anticipate filing the dispositional documents before

27   January 17, 2017;

28          12.     The parties therefore further agree and stipulate that this Stipulation should be

1    deemed a Joint Status Report to the Court and that they be excused from filing a separate Joint

2    Status Report prior to the January 17, 2017 Status Conference; and

3           13.     This stipulation is made in good faith and not for the purposes of delay or

4    obstruction, and is based on good cause as set forth above.

5

6    Dated: January 3, 2017                     EDISON, McDOWELL & HETHERINGTON LLP

7

8
                                                By:     /s/ Jodi K. Swick (w/permission)
9                                                      Jodi K. Swick

10                                              Attorneys for Defendants
11                                              THE UNITED STATES LIFE INSURANCE
                                                COMPANY IN THE CITY OF NEW YORK
12                                              FOR ITSELF AND ON BEHALF OF
                                                INCORRECTLY NAMED AIG BENEFIT
13                                              SOLUTIONS

14   Dated: January 3, 2017                     ERIC RATINOFF LAW CORP

15

16                                              By:     /s/ Marla C. Strain
                                                       Marla C. Strain
17
                                                Attorneys for Plaintiff
18                                              DELIA BEERS

19

20                                   **<u>ORDER</u>**

21          Having read the parties' stipulation and good cause appearing therefore, it is hereby

22   ordered as follows:

23          1.      The deadline to file dispositional documents in this action hereby is extended from

24   January 4, 2017 to January 16, 2017; and

25          2.      The above stipulation shall be deemed the parties' Joint Status Report and the

26   parties hereby are excused from filing a separate Joint Status Report prior to the January 30,

27

28   ///

STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS AND TO EXCUSE
FILING OF JOINT STATUS REPORT; AND [PROPOSED] ORDER

1   2017 Status Conference.

2        3.  The Status Conference is continued to **January 30, 2017 at 1:30 p.m.** pending

3   submission of the dispositional documents.

4

5

6        **IT IS SO ORDERED.**

7   **Dated:  January 3, 2017**



8   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28