Jodi K. Swick No. 228634
Charan M. Higbee No. 148293
**EDISON, McDOWELL & HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone:   510.628.2145
Facsimile:   510.628.2146
Email:   jodi.swick@emhllp.com
   charan.higbee@emhllp.com

Attorneys for Defendants
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK
FOR ITSELF AND ON BEHALF OF INCORRECTLY
NAMED AIG BENEFIT SOLUTIONS

Eric Ratinoff No. 166204
Marla C. Strain No. 132142
**ERIC RATINOFF LAW CORP**
401 Watt Avenue
Sacramento, CA  95864
Telephone:   916-970-9100
Facsimile   916-246-1696
Email:   eratinoff@ericratinoff.com
   mstrain@ericratinoff.com

Attorneys for Plaintiff
DELIA BEERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA BEERS,<br><br>     Plaintiff,<br><br>     v.<br><br>AIG BENEFIT SOLUTIONS; THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK; NURSES SERVICE ORGANIZATION; AIS AFFINITY INSURANCE AGENCY, INC. and DOES I through 50, inclusive,<br><br>     Defendants. | Case 2:16-cv-02166-WBS-KJN<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [~~PROPOSED~~] ORDER [F.R.C.P. 41]**<br><br>Removal Filed: September 9, 2016 |

**Case 2:**16-cv-02166-WBS-KJN                              1
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER [F.R.C.P. 41]

**IT IS HEREBY STIPULATED**, pursuant to Federal Rule of Civil Procedure 41(a), by and between plaintiff Delia Beers and Defendants The United States Life Insurance Company in the City of New York for itself and on behalf of incorrectly named AIG Benefit Solutions ("US Life"), through their attorneys of record, that the above-entitled action may be dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

Dated: January 6, 2017                     EDISON, McDOWELL & HETHERINGTON LLP


                                           By:   /s/ Jodi K. Swick (w/permission)
                                                 Jodi K. Swick

                                           Attorneys for Defendants
                                           THE UNITED STATES LIFE INSURANCE
                                           COMPANY IN THE CITY OF NEW YORK
                                           FOR ITSELF AND ON BEHALF OF
                                           INCORRECTLY NAMED AIG BENEFIT
                                           SOLUTIONS


Dated: January 17, 2017                    ERIC RATINOFF LAW CORP


                                           By:   /s/
                                                 Marla C. Strain

                                           Attorneys for Plaintiff
                                           DELIA BEERS

## ORDER

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered that this action hereby is dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

**Dated:  January 18, 2017**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE